IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GRACE RAILROAD CONTRACTORS,                    PLAINTIFFS
INC. and THE CHARTER OAK FIRE
INSURANCE COMPANY


v.                    CASE NO. 4:23-CV-00108-BSM

JUNIOR L. VARGAS, MYLE LOGISTICS,
LLC, and L&M TRANSPORTATION, INC.                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE